AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

17 MAR -1  PM 1:45

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| SHAHIED SUMMONS | ) | A:17-m-184 |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ____Travis____ in the __Western/Southern__ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 (1343) | Conspiracy to Commit Wire Fraud |
| 18 USC 1344 | Bank Fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Det. Matthew Conley
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/01/2017

_____
Judge's signature

City and state: Austin, TX

Hon. Andrew W. Austin
Printed name and title

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. A.17-m-184 |
| § | |
| SHAHIED SUMMONS § | |
| § | |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matt Conley, Detective, Austin Police Department, Austin, Texas, being duly sworn, depose and state the following:

I am a Detective with the Austin Police Department and have been employed at the Austin Police Department for approximately 15 years. For approximately the last 6 years, I have been assigned to the United States Secret Service as a Task Force Officer (TFO) on the Central Texas Financial Crimes Task Force. Pursuant to that assignment, I have been deputized as a Federal Agent by the United States Marshal's Service. In this capacity, I have received extensive training and have experience in conducting investigations related to alleged violations of state and federal criminal laws involving fraud in connection with computers, bank fraud, identification fraud, wire fraud, tax fraud, and access device fraud.

I respectfully submit this affidavit in support of a Criminal Complaint against SHAHIED SUMMONS for violations of Title 18, United States Code, Section 1349 (Conspiracy to Commit a Violation of Title 18, United States Code, Section 1343-Wire Fraud), and Title 18, United States Code, Section 1344 (Bank Fraud). The facts contained in this affidavit are based on AFFIANT'S conversations with witnesses, review of reports, statements from the defendant, and examination of visual images. This affidavit is intended to establish sufficient probable cause and does not set

forth all of my knowledge about this matter. Communications are related in sum and substance. Times and dates are on or about.

**The Statutes**

Title 18, United States Code, Section 1349 (Conspiracy to Commit a Violation of 18 United States Code Section 1344- Wire Fraud) provides that "Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. Title 18, United States Code, Section 1344 provides that "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both."

Title 18, United States Code, Section 1344 (Bank Fraud) provides that "Whoever knowingly executes, or attempts to execute, a scheme or artifice to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both".

## The Offense

On February 3, 2017, a checking account #0126008971 was opened at a Regions Bank branch located in Spring, Texas under the business name of UST. The checking account number was opened by a "Calvin Alexander." The account for UST was opened as a "sole proprietorship business" and "Calvin Alexander" provided a tax identification number as well as a notarized DBA (Doing Business As) form from Harris County, Texas. The notarized affidavit showed that "Calvin Alexander" was the owner of the business UST.

The identification presented by "Calvin Alexander" to open this business account was a California driver's license number D4389062. The information on the driver's license was Calvin Alexander, 8202 La Monte Road, Anaheim, California 92804, date of birth 11-25-1985. The license contained a photograph of "Calvin Alexander." On February 3, 2017, a check in the amount of $2.4M ($2,400,000.00) was deposited into this newly established account. This deposit was made at a Regions Bank branch located in Houston, Texas. This check, number 108, was drawn from the account of a family trust held at US Bank and was written/payable to UST.

On February 14, 2017, "Calvin Alexander" entered the Regions Bank branch, located at 6611 South Mopac Expressway in Austin, within the Western District of Texas, and made a $12,500 cash withdrawal from the above described account. "Calvin Alexander" also made a request to wire funds in the amount of $976,200.00 to RAK Bank in Dubai, UAE. "Calvin Alexander" provided the same California driver's license to the bank as identification that was used to open the account in Spring, Texas.

Later on that same date, bank personnel were reviewing the wire request and asked a Regions Bank security investigator to help validate the check by contacting US Bank. After contacting US Bank, the investigator learned that the check was in fact a fraudulent check (counterfeited/forged) and was not issued by US Bank nor authorized by the account holder(s). Law enforcement contacts in Houston also confirmed that the California driver's license presented by "Calvin Alexander" was a forged/counterfeit document. The money wire was cancelled and the remaining funds in the account were frozen pending investigation.

On February 15, 2017, another Regions Bank investigator contacted your AFFIANT regarding this case. She informed your AFFIANT that the suspect, known only by the alias of "Calvin Alexander," had been contacting Regions Bank inquiring as to why his account was frozen. "Calvin Alexander" was informed that the bank was in the process of verifying the check that he deposited and was processing the wire. He was told that he needed to come in to a branch to complete some needed paperwork.

On February 16, 2017, "Calvin Alexander" arrived at the same Regions Bank branch, located at 6611 S. Mopac Expressway to inquire about the frozen funds. Bank personnel immediately called 911. Uniformed Austin Police Officers quickly arrived at the bank and detained the man, who identified himself as "Calvin Alexander." During the course of their investigation, AFFIANT was informed that the man's true identity was discovered as SHAHIED SUMMONS ("SUMMONS") and he was found to be in possession of the counterfeit/forged California driver's license identifying him as "Calvin Alexander," along with his genuinely-issued Texas driver's license identifying him as SUMMONS. A TCIC/NCIC query of SUMMONS revealed that he was

4

currently on federal supervised release out of the Southern District of Texas for a narcotics-related conviction.

Bank investigators and your AFFIANT were able to compare bank surveillance images from the branch in Spring, Texas when "Calvin Alexander" opened the account and deposited the fraudulent US Bank check to the person arrested in Austin on February 16, 2017. SUMMONS is the same individual who opened the account.

On February 22, 2017, AFFIANT interviewed SUMMONS in jail regarding the above-described events. In sum and substance, SUMMONS readily admitted to the offenses alleged in this affidavit, as well as other instances of similar fraud that were both known and unknown to your AFFIANT. SUMMONS stated that he actively committed these fraud schemes from approximately the summer of 2016 through the time of his arrest and estimated that he profited between $300,000 to $400,000. Your AFFIANT'S investigation is continuing and ongoing.

Based upon the forgoing facts, there is probable cause to believe that SHAHIED SUMMONS attempted or conspired to commit violations of Title 18, United States Code 1343 (Wire Fraud) which is described as having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, in violation of Title 18, United States Code, Section 1349.

Furthermore, there is probable cause to believe that SHAHIED SUMMONS knowingly executed, or attempted to execute, a scheme or artifice to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
MATT CONLEY
DETECTIVE/TASK FORCE OFFICER
UNITED STATES SECRET SERVICE

Sworn to before me this 1st day of March, 2017

_____
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS